UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN NUNEZ, et al., <br><br>                                Plaintiff(s), <br><br> v. <br><br> UNION COMMUNITY HEALTH CENTER INC., et al., <br><br>                                Defendant(s). | 23-CV-9419 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On November 14, 2023, Defendants Union Community Health Centers, Inc., Renee Yearwood, and Ann Chang requested that the Court move their deadline to respond to the complaint from November 16, 2023, to December 16, 2023.  ECF No. 3.  Defendants requested the additional time to obtain Plaintiff's consent to the United States' substitution as the defendant in this case.  *See id*.  On November 15, 2023, the Court granted Defendants' request for an extension.  ECF No. 4.  Defendants' extended deadline to respond to the Complaint has now passed.  Accordingly, by **December 20, 2023**, Defendants are ORDERED either to respond to the Complaint, or to file on ECF a letter updating the Court on the status of any anticipated motion to substitute any party.  Defendants are on notice that failure to comply with the Court's Orders may result in sanctions.

SO ORDERED.

Dated: December 18, 2023
       New York, New York

_____
DALE E. HO
United States District Judge